AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Alycia D. Jones,

Plaintiff            **JUDGMENT IN A CIVIL CASE**

      vs.                          CASE NUMBER: 2:13-cv-414

Commissioner of Social Security,
Defendant

\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.**  This action came before the Court without trial or hearing and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the February 21, 2014 Decision signed by Magistrate Judg Abel, the decision of the Commissioner of Social Security be AFFIRMED.


                                      JOHN P. HEHMAN, CLERK
DATE: February 21, 2014

                                      _/s/ Susan Rasoletti_
                                      (By) Susan Rasoletti, Deputy Clerk

```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN  DIVISION
```

Alycia D. Jones,

Plaintiff

        vs.                            CASE NUMBER: 2:13-cv-414

Commissioner of Social Security,

Defendant

**NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES 79.2(a)&(b)**

The above captioned matter has been terminated on February 21, 2014.

If applicable to this case, the disposal date will be six (6) months from the above termination date.

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2 (b) Disposal by the Clerk:

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

                                                                 John P. Hehman, CLERK

                                                                 */s/ Susan Rasoletti*
                                                                  (By) Susan Rasoletti, Deputy Clerk